No. 822, Misc.   MILLER, ALIAS WARNER, *v.* ILLINOIS.
Supreme Court of Illinois.   Certiorari denied.

No. 823, Misc.   WIGGINS *v.* RAGEN, WARDEN.   C. A.
7th Cir.   Certiorari denied.

No. 827, Misc.   WELLS *v.* KEITH, WARDEN.   Supreme
Court of Georgia.   Certiorari denied.   Petitioner *pro se.*
*Eugene Cook,* Attorney General of Georgia, and *E. Free-
man Leverett,* Assistant Attorney General, for respondent.

No. 820, Misc.   LUCAS *v.* UNITED STATES.   United
States Court of Appeals for the District of Columbia Cir-
cuit.   Certiorari denied.

No. 845, Misc.   RICHARDSON *v.* NEW YORK.   Court of
Appeals of New York.   Certiorari denied.   Petitioner
*pro se.   Frank D. O'Connor* and *Benj. J. Jacobson* for
respondent.

No. 818, Misc.   GOLDBERG *v.* WAGNER, MAYOR OF THE
CITY OF NEW YORK, ET AL.   Court of Appeals of New
York.   Certiorari denied.   Petitioner *pro se.   Peter
Campbell Brown* and *Seymour B. Quel* for respondents.

No. 852, Misc.   LINDEN *v.* CALIFORNIA.   Supreme
Court of California.   Certiorari denied.

No. 855, Misc.   NELSON *v.* WARDEN OF MARYLAND
PENITENTIARY.   Court of Appeals of Maryland.   Cer-
tiorari denied.